# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles E Nealy, | No. CV-20-01123-PHX-DLR (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| David Shinn, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Extend (Doc. 90), seeking a 90-day extension of time to file a notice of substitution naming the fictitiously named Defendant John Doe, and United States Magistrate Judge James F. Metcalf's Recommendation ("R&R") (Doc. 95). The R&R recommends that the Court deny the motion and dismiss the John Doe defendant. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Neither party filed objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The Court has nonetheless reviewed the R&R and finds

that it is well-taken. The Court will accept the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that the R&R (Doc. 95) is **ACCEPTED**. Plaintiff's motion to extend (Doc. 90) is **DENIED** and the fictitious defendant John Doe is dismissed without prejudice.

Dated this 18th day of August, 2021.

*[signature]*
Douglas L. Rayes
United States District Judge